# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN DUNCAN** | **CIVIL ACTION** |
| versus | **NO. 08-4617** |
| **BURL CAIN, WARDEN** | **SECTION: "N" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, IT IS ORDERED that the habeas action brought by Calvin Duncan for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby STAYED PER AGREEMENT OF THE PARTIES and that the Clerk of Court mark this action CLOSED for statistical purposes.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction in this matter and that petitioner shall be allowed to file a motion to reopen these proceedings within sixty (60) days after the Louisiana Supreme Court issues its ruling on his pending state writ application.

New Orleans, Louisiana, this 22nd day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE