UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CALVIN DUNCAN                                    CIVIL ACTION

VERSUS                                           NO. 08-4617

BURL CAIN                                        SECTION "N"

## ORDER

**IT IS ORDERED** that the **Petitioner's Motion to Extend Stay in Light of Louisiana Supreme Court Remand (Rec. Doc. 27)** is **GRANTED.**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this matter and the Petitioner shall be allowed to file a motion to reopen these proceedings within sixty (60) days after proceedings resulting from the Louisiana Supreme Court's remand are concluded.

New Orleans, Louisiana, this 11th day of February 2010.

KURT D. ENGELHARDT
United States District Judge