IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN DUNCAN,            ) | |
| )| |
|     Petitioner,         ) | |
| )| No. 2:08-cv-4617 |
| v.                                       ) | |
| )| JUDGE KURT ENGELHARDT |
| BURL CAIN, WARDEN,   ) | |
| )| |
|     Respondent.        ) | |

**PETITIONER'S MOTION TO DISMISS APPLICATION FOR WRIT OF HABEAS CORPUS AS MOOT**

COMES NOW the Petitioner, Calvin Duncan, by and through counsel, and respectfully moves this Court to dismiss his Application for a Writ of Habeas Corpus as Moot, as the conviction challenged in the Application has been vacated and Mr. Duncan is no longer in the custody of the State of Louisiana. In support of this motion, Mr. Duncan states as follows:

1. Mr. Duncan filed the Application at issue in this case to challenge his conviction for first-degree murder and sentence of life without parole (Docket Entry No. 1). The Application was filed as a protective measure, as it contained unexhausted claims that were in the process of being presented to the state courts. As a result, Mr. Duncan sought to stay proceedings on the Application filed in this Court. (Docket Entry No. 9, reurged at Docket Entry No. 12, extension sought at Docket Entry No. 27). This Court granted a stay. (Docket Entry No. 26, Magistrate's Report at Docket Entry No. 24, extension granted at Docket Entry No. 28).

2. On January 22, 2010, the Louisiana Supreme Court ordered that the Criminal District Court for Orleans Parish conduct a hearing on Mr. Duncan's <u>Brady</u> claim (Attachment to Docket Entry No. 27). Before that hearing could be conducted, Mr. Duncan and the State of Louisiana

reached an agreement whereby the State would agree to Mr. Duncan's conviction being vacated in a return for him pleading guilty to manslaughter and attempted armed robbery. It was further agreed that Mr. Duncan was to be sentenced to 21 years and 49 years, respectively, on these two counts, to be served concurrently. Recognizing that both parties wished to avoid the uncertainty of continuing litigation, the court accepted this plea deal. On January 7, 2011, Mr. Duncan was resentenced by the court, as reflected by the attached docket, attached as Exhibit 1.

3. The time for either party to challenge or withdraw the vacation of conviction, plea agreement, or guilty plea has expired. La. C. Cr. P. art. 559, 914; La. Cts. App. Unif. R. 4.2. As a result, the judgment of conviction challenged in Mr. Duncan's Application no longer exists. Further, when the court sentenced Mr. Duncan on January 7, 2011, he had been in continuous custody since March 7, 1982. As Mr. Duncan had already served over 28 ½ years of incarceration, he was eligible for immediate release without condition under the relevant sentencing law. Mr. Duncan was released on January 7, 2011. As a result, the custody challenged in Mr. Duncan's Application has come to an end.

WHEREFORE, as the state court judgment challenged in Mr. Duncan's Application has been vacated and he is no longer in custody, he respectfully moves that this Court dismiss his Application for a Writ of Habeas Corpus as Moot.

Respectfully submitted,

s/ David Park
DAVID PARK
LA Bar No. 28973
Innocence Project New Orleans
3301 Chartres Street
New Orleans, LA 70117
(504) 943-1902

Counsel for Mr. Duncan

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CALVIN DUNCAN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:08-cv-4617 |
| v. | ) | |
| | ) | **JUDGE KURT ENGELHARDT** |
| **BURL CAIN, WARDEN,** | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

It is hereby ordered that Mr. Duncan's Application for a Writ of Habeas Corpus is dismissed as moot. The state court judgment challenged in Mr. Duncan's Application has been vacated and Mr. Duncan is no longer in state custody.

**ORDERED** this the _____ day of _____ 20___.

_____
**JUDGE KURT ENGELHARDT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February, 2011, I served a copy of the foregoing motion, via e-filer or first class mail, postage pre-paid, on Assistant District Attorney Donna Andrieu, Orleans Parish District Attorney's Office.

                                            s/ David Park
                                            DAVID PARK
                                            Counsel for Mr. Duncan